UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHLEY CATATAO,<br><br>    Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:22-CV-10620-PBS |

### JOINT STATUS REPORT REGARDING PROPOSED MEDIATION DATES

Pursuant to the August 11, 2022 Order of the Court [ECF 25] counsel state that they have conferred and propose the following dates in the fall of 2023 for a mediation with Magistrate Judge Collings:

1. September 21, 2023;

2. September 28, 2023;

3. October 5, 2023.

Dated: August 30, 2022

 /s/ Stephen Semenza
Stephen Semenza, BBO# 694675
  Stephen@1800lawguys.com
John R. Bita III, BBO# 667886
  john@1800lawguys.com
Kelly and Associates
83 Atlantic Avenue Suite 202
Boston, Massachusetts 02110
Tel: 617-807-0855

***Counsel for Plaintiff Ashley Catatao***

By their attorneys,

 /s/ Brian Keith Gibson
Brian Keith Gibson (*pro hac vice*)
  Keith.Gibson@littletonpark.com
Littleton Park Joyce Ughetta & Kelly LLP
4 Manhattanville Road, Suite 202
Purchase, New York 10577
Tel: 914-417-3400

{00481919.DOCX}

   /s/ Ericka A. Esposito
  Ericka A. Esposito (pro hac vice)
   ericka.esposito@littletonpark.com
Littleton Park Joyce Ughetta & Kelly LLP
201 King of Prussia Road, Suite 220
Radnor, Pennsylvania 19087
Tel: 484-254-6220
Fax: 484-254-6221

  /s/ Richard E. Bennett
Paul Michienzie, BBO# 548701
  pmichienzie@masatlaw.com
Richard E. Bennett, BBO# 037740
  rbennett@masatlaw.com
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617-227-5660

***Counsel for Defendant Sig Sauer, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid on this the 30th day of August 2022.

   /s/ Ericka A. Esposito