# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

ASHLEY CATATAO
    Plaintiff,

vs.

SIG SAUER, INC.

    Defendants.

CASE NO.: 1:22-CV-10620

## JOINT STATUS REPORT

Pursuant to the Court Order, dated 9/20/23, in regards to postponing Mediation, we are providing the following three dates for a future scheduling of a Mediation in the above referenced matter. These dates have been jointly agreed upon with opposing counsel.

The following are the proposed dates: February 14th, 2024, February 15th, 2024, and February 22nd, 2024. Please advise if any of the above dates works for the Court.

    Respectfully,

    SALTZ MONGELUZZI & BENDESKY

    By:    */s/ Robert W. Zimmerman*
           ROBERT ZIMMERMAN
           *Attorney for Plaintiff*

    LITTLETON PARK JOYCE UGHETTA & KELLY LLP

    By:    /s/ Jonathan Woy
           JONATHAN WOY
           *Attorney for Defendant Sig Sauer, Inc.*