## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

ASHLEY CATATAO
    Plaintiff,

vs.

                                  CASE NO.:  1:22-CV-10620

SIG SAUER, INC.

    Defendants.

### JOINT MOTION TO ADJOURN MEDIATION

Plaintiff, Ashley Catatao, and Defendant Sig Sauer, Inc., ("Sig Sauer") having conferred and determined, by and through their counsel, that this case is not ripe for mediation at this time, jointly move to adjourn the mediation scheduled for February 22, 2024.

This is a product liability matter in which Plaintiff, an officer employed by the Somerville Police Department, alleges that she was injured when her department issued P320 model pistol was unintentionally discharged. Plaintiff alleges the pistol should have been equipped with additional safety features that she claims would have prevented the discharge. Sig Sauer denies these allegations.

This case is one of multiple cases involving similar allegations currently being litigated by counsel for Ms. Catatao and Sig Sauer. Given the ongoing nature of P320 litigation in other jurisdictions and a meaningful disagreement as to liability in this case, the parties agree that mediation would not be productive at this time. In an effort to conserve the resources of this Court and the parties, the parties therefore jointly request that the mediation scheduled for February 22, 2024 be adjourned.

**WHEREFORE,** Plaintiff, Ashley Catatao, and Defendant Sig Sauer, Inc., ("Sig Sauer), request that the conference scheduled for February 22, 2024 be adjourned.

Respectfully submitted,

**SALTZ MONGELUZZI BENDESKY**

By: /s/ Robert W. Zimmerman
ROBERT W. ZIMMERMAN
1650 Market St, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 606-3575
rzimmerman@smbb.com
*Attorney for Plaintiff*

**LITTLETON PARK JOYCE UGHETTA & KELLY LLP**

/s/ Jonathan Woy
Jonathan Woy (*pro hac vice*)
Jonathan.Woy@littletonpark.com
201 King of Prussia Road, Suite 220
Radnor, Pennsylvania 19087
Tel: 484-254-6225
*Counsel for Defendant Sig Sauer, Inc.*