**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

**The Party's Joint Exhibit List**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 1. | Plaintiff | ~~Category: OSI Evidence~~ ~~Documents, Reports, Affidavits, Materials, Photos, Videos, Audio Recording and Filings related to Other Similar Incidents (OSIs) SIG OAI 00001-02474[1]~~ | |
| 2. | Plaintiff | ~~Video of OSI: Michael Richardson, Roscommon, MI, February 4, 2016~~ | |
| 3. | Plaintiff | ~~Video of Roscommon Recreation with Seatbelt~~ | |
| 4. | Plaintiff | ~~Video of OSI: Officer Donald Thatcher, Honesdale, PA, February 7, 2022~~ | |
| 5. | Plaintiff | ~~Video of OSI: Officer Aaron Roth, Milwaukee, WI, January 2, 2022~~ | |
| 6. | Plaintiff | ~~Video of OSI: Officer Robert Greene, St. Clair, MN, August 3, 2021~~ | |
| 7. | Plaintiff | ~~Documents related to Officer Greene's incident produced by ICE pursuant to Touhy request, pages 1-66~~ | |
| 8. | Plaintiff | ~~Video of OSI: Montville, CT, January 2023 involving Officer Daniel Witts.~~ | |
| 9. | Plaintiff | Video of Officer Catatao: Somerville, MA, April 4, 2022 | |
| 10. | Plaintiff | ~~Video of OSI: Marvin Reyes, Houston, Tx March 28, 2022~~ | |
| 11. | Plaintiff | ~~Video of OSI: Sgt. Bocquet, Galveston Sheriff's Department, March 13, 2019~~ | |
| 12. | Plaintiff | ~~Video of OSI: Officer David Cole, Sangerville, ME, May 4, 2022~~ | |
| 13. | Plaintiff | ~~SEPTA Investigation of Officer Jacklyn's unintended discharge pages 1-81~~ | |
| 14. | Plaintiff | ~~Video of OSI: Officer Kevin Currington, La Grange, Texas May 2024~~ | |
| 15. | Plaintiff | ~~ICE Internal Memo~~ | |
| 16. | Plaintiff | ~~ICE List of Unintended Discharges~~ | |
| 17. | Plaintiff | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 1.pdf) (Over Sig's objections in MIL No. 3) | |
| 18. | Plaintiff | Sig Sauer Marketing Material from Website. (Sig Marketing – Meet the P320.pdf) (Over Sig's objections in MIL No. 3) | |

---

[1] Exhibits that were struck through are those that Sig Sauer maintains objections over. Rather than re-numbering all Plaintiff's exhibits, those exhibits will be included in Plaintiff's contested exhibit list and lettered.

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 19. | Plaintiff | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 2.pdf) (Over Sig's objections in MIL No. 3) | |
| 20. | Plaintiff | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Safety Without Compromise Marketing Northrop 0216.pd) (Over Sig's objections in MIL No. 3) | |
| 21. | Plaintiff | Sig Marketing Materials (SIG-NORTHROP 000164-000230 (Marketing materials).pdf (Over Sig's objections in MIL No. 3) | |
| 22. | Plaintiff | Sig Product Catalog 2015 (Over Sig's objections in MIL No. 3) | |
| 23. | Plaintiff | Sig Product Catalog 2016 (Over Sig's objections in MIL No. 3) | |
| 24. | Plaintiff | Sig Product Catalog 2017 (Over Sig's objections in MIL No. 3) | |
| 25. | Plaintiff | Sig Product Catalog 2018 | |
| 26. | Plaintiff | Sig Product Catalog 2019 | |
| 27. | Plaintiff | Sig Product Catalog 2022 | |
| 28. | Plaintiff | Sig P320 Brochure (Sig-Sauer-P320-Pistol-Brochure.pdf) (Over Sig's objections in MIL No. 3) | |
| 29. | Plaintiff | Owner's Manual P/N 8501300-01 Rev 00 (Over Sig's objections in MIL No. 3) | |
| 30. | Plaintiff | Owner's Manual P/N 8501300-01 Rev 05 (Over Sig's objections in MIL No. 3) | |
| 31. | Plaintiff | Owner's Manual P/N 8501909-01 Rev 00 (Over Sig's objections in MIL No. 3) | |
| 32. | Plaintiff | Owner's Manual P/N 8501909-01 Rev 01 | |
| 33. | Plaintiff | Owner's Manual P/N 8501909-01 Rev 02 (2018) | |
| 34. | Plaintiff | Owner's Manual P/N 8501909-01 Rev 08 | |
| 35. | Plaintiff | P320 Trigger Pull Measurements and Data | |
| 36. | Plaintiff | Sig Component Drawings (Pre-Upgrade) | |
| 37. | Plaintiff | Sig P320 Firing Mechanism Diagrams | |
| 38. | Plaintiff | SIG Patent 10,684,087 B2 | |
| 39. | Plaintiff | SIG Patent 10,184,742 B2 | |
| 40. | Plaintiff | SIG-NSM Docs 00001-00041 | |
| 41. | Plaintiff | ~~Email from Andrew Tuohy to Sean Toner dated August 5, 2017 with the Subject "P320 fires when dropped"~~ | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 42. | Plaintiff | ~~Email from Jordan Hunter, Sig Sauer Marketing Communications Director dated August 5, 2017 with the subject: "Fwd: P320 fires when dropped"~~ | |
| 43. | Plaintiff | Sig Sauer Press Release dated August 4, 2017 Titled: Sig Sauer Reaffirms Safety of P320 Pistol with Ron Cohen Statement (Over Sig's objections in MIL No. 2) | |
| 44. | Plaintiff | P320 Voluntary Upgrade Notice (With Redaction of content other than heading and date on 000091) and Press Release from August 7, 2017 (Sig requests entire notice be marked) (Over Sig's objections in MIL No. 2) | |
| 45. | Plaintiff | ~~Glock Safe Action System Description~~ | |
| 46. | Plaintiff | Image of P320 Carry with Tabbed Trigger (Over Sig's objections in MIL No. 3) | |
| 47. | Plaintiff | Image of P320 Full Sized with Tabbed Trigger (Over Sig's objections in MIL No. 3) | |
| 48. | Plaintiff | Sig Sauer P320 Marketing Brochure of P320 Listing Features, including 2 trigger options- Standard or Tabbed. | |
| 49. | Plaintiff | Demonstrative Animation of Mechanical Movement of Striker Fired Pistol without Audio | |
| 50. | Plaintiff | Demonstrative Tabbed Trigger for Glock | |
| 51. | Plaintiff | Demonstrative Holster | |
| 52. | Plaintiff | Image of Glock Pistol | |
| 53. | Plaintiff | Image of Smith & Wesson Pistol | |
| 54. | Plaintiff | Image of Springfield Armory Pistol | |
| 55. | Plaintiff | Image of Taurus Pistol | |
| 56. | Plaintiff | Image of Walther Pistol | |
| 57. | Plaintiff | Image of Heckler & Koch Pistol | |
| 58. | Plaintiff | Image of Ruger Pistol | |
| 59. | Plaintiff | Image of Kimber Pistol | |
| 60. | Plaintiff | Image of Stoger Pistol | |
| 61. | Plaintiff | Image of Shadow Systems Pistol | |
| 62. | Plaintiff | Image of Mossberg Pistol | |
| 63. | Plaintiff | Image of Canik Pistol | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 64. | Plaintiff | Consolidated image of demonstrative pistols listed above | |
| 65. | Plaintiff | Image of Glock Tabbed Trigger | |
| 66. | Plaintiff | Representative Images of Different Types of Guns including a Shot Gun, Rifle, Revolver, Hammer Fired Pistol, Striker Fired Pistol | |
| 67. | Plaintiff | Representative Images of Hammered Fired and Striker Fired Guns | |
| 68. | Plaintiff | Representative Image of Striker Fired Gun with Striker Displayed | |
| 69. | Plaintiff | Representative Image of Double Action Striker Fired Gun with Striker Displayed | |
| 70. | Plaintiff | Representative Image of P320 with Striker Displayed | |
| 71. | Plaintiff | Demonstrative Gun: Glock 17 (Serial Number CBZZ870) | |
| 72. | Plaintiff | William Vigilante Ph.D. CV (identification purposes only) | |
| 73. | Plaintiff | William Vigilante Expert Report dated October 10, 2023, (identification purposes only) | |
| 74. | Plaintiff | Figure 1 of BV Report – Exemplar P320 | |
| 75. | Plaintiff | Figure 2 of BV Report - Catatao P320 Right Side | |
| 76. | Plaintiff | Figure 3 of BV Report - Catatao P320 in Holster | |
| 77. | Plaintiff | Figure 4 of BV Report – Catatao P320 in Holster 2 | |
| 78. | Plaintiff | Figure 5 of BV Report – Width of Duty Holster | |
| 79. | Plaintiff | Figure 6 of BV Report – Exemplar in Level 3 Duty Holster | |
| 80. | Plaintiff | Figure 8 of BV Report – Image from Sig Sauer Product Catalogue | |
| 81. | Plaintiff | Photos from Vigilante Inspection | |
| 82. | Plaintiff | Vigilante Inspection Notes | |
| 83. | Plaintiff | William Vigilante Demonstrative/Testing Video - Sig in Holster Key Demo 20231212_130325.mp4 | |
| 84. | Plaintiff | William Vigilante Demonstrative/Testing Video - Glock in Holster Key Demo Long 20231212_131031.mp4 | |
| 85. | Plaintiff | William Vigilante Demonstrative/Testing Video - Glock in Holster Key Demo Shorter 20231212_131321.mp4 | |
| 86. | Plaintiff | William Vigilante Demonstrative/Testing Video - Glock in Hand Trigger Pull 20231212_131428.mp4 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 87. | Plaintiff | William Vigilante Demonstrative/Testing Video Sig in Vice Finger Side Pull 20230110_104106.mp4 | |
| 88. | Plaintiff | William Vigilante Demonstrative/Testing Video -Sig in Vice Pencil Tip (Sideways View) 20230110_104223.mp4 | |
| 89. | Plaintiff | William Vigilante Demonstrative/Testing Video - Sig in Vice Pencil Top Trigger 20230110_104247.mp4 | |
| 90. | Plaintiff | William Vigilante Demonstrative/Testing Video - Sig in Vice Pencil Trigger Tip Shorter 20230110_104356.mp4 | |
| 91. | Plaintiff | William Vigilante Demonstrative/Testing Video - Sig in Vice Finger Side of Trigger (Sideways) 20230110_104511.mp4 | |
| 92. | Plaintiff | William Vigilante Demonstrative/Testing Video – Sig in Vice Finger Side Pull 20230110_104527.mp4 | |
| 93. | Plaintiff | William Vigilante Demonstrative/Testing Video – Sig in Vice Finger Side Pull 20230110_104608.mp4 | |
| 94. | Plaintiff | William Vigilante Demonstrative/Testing Video – Sig in Hand Finger Side Pull 20230110_105730.mp4 | |
| 95. | Plaintiff | William Vigilante Demonstrative/Testing Video -Glock in Vice Finger Side Pull 20230110_110432.mp4 | |
| 96. | Plaintiff | William Vigilante Demonstrative/Testing Video - Other Tabbed in Vice Finger Test 20230110_110721.mp4 | |
| 97. | Plaintiff | William Vigilante Image 20231212_130433(Large).jpg | |
| 98. | Plaintiff | William Vigilante Image 20231212_130438(Large).jpg | |
| 99. | Plaintiff | William Vigilante Image 20231212_130451(Large).jpg | |
| 100. | Plaintiff | James Tertin CV (identification purposes only) | |
| 101. | Plaintiff | James Tertin Report dated October 11, 2023 (identification purposes only) | |
| 102. | Plaintiff | James Tertin demonstrative/testing video of Glock demonstrative video 1.mp4 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 103. | Plaintiff | James Tertin demonstrative/testing video of Glock Trigger Travel / Pull Measurement | |
| 104. | Plaintiff | James Tertin demonstrative/testing video of Glock with striker cutout | |
| 105. | Plaintiff | James Tertin demonstrative/testing video of Glock Tabbed Trigger | |
| 106. | Plaintiff | James Tertin demonstrative/testing video of Glock Tabbed Trigger | |
| 107. | Plaintiff | James Tertin demonstrative/testing video of Glock Tabbed Trigger | |
| 108. | Plaintiff | James Tertin demonstrative/testing video of Glock Tabbed Trigger- Glock Trigger Safety Test Video.mp4 | |
| 109. | Plaintiff | James Tertin demonstrative/testing video of Taurus Tabbed Trigger Video 1 | |
| 110. | Plaintiff | James Tertin demonstrative/testing video of Taurus Tabbed Trigger Video 2 | |
| 111. | Plaintiff | James Tertin demonstrative/testing video of Sig Sauer P320 Demonstrative Side Pull | |
| 112. | Plaintiff | James Tertin demonstrative/testing video of P320 Firing Pin | |
| 113. | Plaintiff | James Tertin demonstrative/testing video of P320 Fixture | |
| 114. | Plaintiff | Image from James Tertin of Glock with Slide Cut Out | |
| 115. | Plaintiff | James Tertin demonstrative/testing video of P320 Trigger | |
| 116. | Plaintiff | James Tertin demonstrative/testing video of P320 Trigger | |
| 117. | Plaintiff | James Tertin demonstrative/testing video of P320 Trigger | |
| 118. | Plaintiff | Image of Testing Apparatus for Angled Side pull Tests | |
| 119. | Plaintiff | Image from James Tertin of P320 with Slide Cut Out in Report | |
| 120. | Plaintiff | James Tertin demonstrative/testing video of Black P320 with Striker Cutout | |
| 121. | Plaintiff | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | |
| 122. | Plaintiff | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | |
| 123. | Plaintiff | Arvind G. von Keudell MD, CV (identification purposes only) | |
| 124. | Plaintiff | Arvind G. von Keudell MD, Report, including Materials Relied Upon and/or Identified in Report (identification purposes only) | |
| 125. | Plaintiff | Dr. Samuel Romirowsky CV (identicatation purposes only) | |
| 126. | Plaintiff | Dr. Samuel Romirowsky Expert Report, including Materials Relied Upon and/or Identified in Report (identification purposes only) | |
| 127. | Plaintiff | Plaintiff's Sig Sauer P320 | |
| 128. | Plaintiff | Plaintiff's Sig Sauer Holster | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 129. | Plaintiff | Plaintiff's Shell Casing | |
| 130. | Plaintiff | Plaintiff's Clothing | |
| 131. | Plaintiff | Photos of Plaintiff's bag: DSC_1931 | |
| 132. | Plaintiff | Photos of Plaintiff's bag: DSC_1932 | |
| 133. | Plaintiff | Photos of Plaintiff's bag: DSC_1933 | |
| 134. | Plaintiff | Photos of Plaintiff's bag: DSC_1934 | |
| 135. | Plaintiff | Photos of Plaintiff's bag: DSC_1935 | |
| 136. | Plaintiff | Photos of Plaintiff's bag: DSC_1936 | |
| 137. | Plaintiff | Photos of Plaintiff's bag: DSC_1937 | |
| 138. | Plaintiff | Photos of Plaintiff's bag: DSC_1938 | |
| 139. | Plaintiff | Photos of Plaintiff's bag: DSC_1939 | |
| 140. | Plaintiff | Photos of Plaintiff's bag: DSC_1940 | |
| 141. | Plaintiff | Photos of Plaintiff's bag: DSC_1941 | |
| 142. | Plaintiff | Photos of Plaintiff's bag: DSC_1942 | |
| 143. | Plaintiff | Photos of Plaintiff's bag: DSC_1943 | |
| 144. | Plaintiff | Photos of Plaintiff's bag: DSC_1944 | |
| 145. | Plaintiff | Photos of Plaintiff's bag: DSC_1945 | |
| 146. | Plaintiff | Photos of Plaintiff's bag: DSC_1946 | |
| 147. | Plaintiff | Photos of Plaintiff's bag: DSC_1947 | |
| 148. | Plaintiff | Photos of Plaintiff's bag: DSC_1948 | |
| 149. | Plaintiff | Photos of Plaintiff's bag: DSC_1949 | |
| 150. | Plaintiff | Photos of Plaintiff's bag: DSC_1950 | |
| 151. | Plaintiff | Photos of Plaintiff's bag: DSC_1951 | |
| 152. | Plaintiff | Photos of Plaintiff's bag: DSC_1952 | |
| 153. | Plaintiff | Photos of Plaintiff's bag: DSC_1953 | |
| 154. | Plaintiff | Photos of Plaintiff's bag: DSC_1954 | |
| 155. | Plaintiff | Photos of Plaintiff's bag: DSC_1955 | |
| 156. | Plaintiff | Photos of Plaintiff's bag: DSC_1956 | |
| 157. | Plaintiff | Photos of Plaintiff's bag: DSC_1957 | |
| 158. | Plaintiff | Photos of Plaintiff's bag: DSC_1958 | |
| 159. | Plaintiff | Photos of Plaintiff's bag: DSC_1959 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 160. | Plaintiff | Photos of Plaintiff's bag: DSC_1960 | |
| 161. | Plaintiff | Photos of Plaintiff's bag: DSC_1961 | |
| 162. | Plaintiff | Photos of Plaintiff's bag: DSC_1962 | |
| 163. | Plaintiff | Photos of Plaintiff's bag: DSC_1963 | |
| 164. | Plaintiff | Photos of Plaintiff's bag: DSC_1964 | |
| 165. | Plaintiff | Photos of Plaintiff's bag: DSC_1965 | |
| 166. | Plaintiff | Photos of Plaintiff's clothing: DSC_1966 | |
| 167. | Plaintiff | Photos of Plaintiff's clothing: DSC_1967 | |
| 168. | Plaintiff | Photos of Plaintiff's clothing: DSC_1968 | |
| 169. | Plaintiff | Photos of Plaintiff's clothing: DSC_1969 | |
| 170. | Plaintiff | Photos of Plaintiff's clothing: DSC_1970 | |
| 171. | Plaintiff | Photos of Plaintiff's clothing: DSC_1971 | |
| 172. | Plaintiff | Photos of Plaintiff's clothing: DSC_1972 | |
| 173. | Plaintiff | Photos of Plaintiff's clothing: DSC_1973 | |
| 174. | Plaintiff | Photos of Plaintiff's clothing: DSC_1974 | |
| 175. | Plaintiff | Photos of Plaintiff's clothing: DSC_1975 | |
| 176. | Plaintiff | Photos of Plaintiff's clothing: DSC_1976 | |
| 177. | Plaintiff | Photos of Plaintiff's clothing: DSC_1977 | |
| 178. | Plaintiff | Photos of Plaintiff's clothing: DSC_1978 | |
| 179. | Plaintiff | Photos of Plaintiff's clothing: DSC_1979 | |
| 180. | Plaintiff | Photos of Plaintiff's clothing: DSC_1980 | |
| 181. | Plaintiff | Photos of Plaintiff's clothing: DSC_1981 | |
| 182. | Plaintiff | Photos of Plaintiff's clothing: DSC_1982 | |
| 183. | Plaintiff | Photos of Plaintiff's clothing: DSC_1983 | |
| 184. | Plaintiff | Photos of Plaintiff's clothing: DSC_1984 | |
| 185. | Plaintiff | Photos of Plaintiff's clothing: DSC_1985 | |
| 186. | Plaintiff | Photos of Plaintiff's clothing: DSC_1986 | |
| 187. | Plaintiff | Photos of Plaintiff's clothing: DSC_1987 | |
| 188. | Plaintiff | Photos of Plaintiff's clothing: DSC_1988 | |
| 189. | Plaintiff | Photos of Plaintiff's clothing: DSC_1989 | |
| 190. | Plaintiff | Photos of Plaintiff's clothing: DSC_1990 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 191. | Plaintiff | Photos of Plaintiff's bag: DSC_1991 | |
| 192. | Plaintiff | Photos of Plaintiff's bag: DSC_1992 | |
| 193. | Plaintiff | Photos of Plaintiff's scale: DSC_1993 | |
| 194. | Plaintiff | Photo of Catatao Keys 1 | |
| 195. | Plaintiff | Photo of Catatao Keys 2 | |
| 196. | Plaintiff | Photo of Catatao Keys 3 | |
| 197. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_0_01(1) | |
| 198. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_1_01 | |
| 199. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_1_01 (1) | |
| 200. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_2_01 | |
| 201. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_2_01(1) | |
| 202. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_2_01(2) | |
| 203. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_2_01(3) | |
| 204. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_2_01(4) | |
| 205. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_3_01 | |
| 206. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_3_01(1) | |
| 207. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_3_01(3) | |
| 208. | Plaintiff | Somerville Police Department Security Video: 4.6.22 MP4_3_01(4) | |
| 209. | Plaintiff | Somerville Police Department Security Video: Edit / Zoom | |
| 210. | Plaintiff | Somerville Police Department Paperwork: Desrochers Station Report | |
| 211. | Plaintiff | Somerville Police Department Paperwork: Khoury Station Report | |
| 212. | Plaintiff | Somerville Police Department Paperwork: Berrouet Station Report | |
| 213. | Plaintiff | Somerville Police Department Paperwork: Paveo Station Report | |
| 214. | Plaintiff | Somerville Police Department Paperwork: Ribeiro Station Report | |
| 215. | Plaintiff | Somerville Police Department Paperwork: Incident Report by Lambert | |
| 216. | Plaintiff | Somerville Police Department Paperwork: Sept. 29, 2022 Professional Standards Investigation Letter (Over Sig's objections in MIL No. 4) | |
| 217. | Plaintiff | Somerville Police Department Paperwork: Sept. 28, 2022 Findings Report (Over Sig's objections in MIL No. 4) | |
| 218. | Plaintiff | Somerville Police Department Paperwork: Return to Work letter, April 14, 2022 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 219. | Plaintiff | Precision Point Receipt | |
| 220. | Plaintiff | Precision Point Inspection Video                    (without audio) | |
| 221. | Plaintiff | Sheahan Photo of Damaged Holster Piece | |
| 222. | Plaintiff | Sheahan Photo of Police Cruiser | |
| 223. | Plaintiff | Catatao Injury Photo 1 | |
| 224. | Plaintiff | Catatao Injury Photo 2 | |
| 225. | Plaintiff | Catatao Injury Photo 3 | |
| 226. | Plaintiff | Catatao Injury Photo 4 | |
| 227. | Plaintiff | Catatao Injury Photo 5 | |
| 228. | Plaintiff | Catatao Injury Photo Scar | |
| 229. | Plaintiff | Catatao Medical Records: Cataldo Ambulance | |
| 230. | Plaintiff | Catatao Medical Records: Cambridge Health Alliance | |
| 231. | Plaintiff | Catatao Medical Records: Beth Israel Lahey Health | |
| 232. | Plaintiff | Catatao Medical Records: Mass General Hospital | |
| 233. | Plaintiff | Plaintiff's Complaint | |
| 234. | Plaintiff | Defendant's Answers to Interrogatories, Request for Admissions and Request for Production of Documents in this and other cases | |
| 235. | Plaintiff | Deposition Transcript of Ashley Catatao (For Identification) | |
| 236. | Plaintiff | Deposition Transcript of Derek Watkins (For Identification) | |
| 237. | Plaintiff | Deposition Transcript of James Tertin (For Identification) | |
| 238. | Plaintiff | Deposition Transcript of William Vigilante (For Identification) | |
| 239. | Plaintiff | Deposition Transcript of Samuel Romirowsky (For Identification) | |
| 240. | Plaintiff | Deposition Transcript of Arvind von Keudell (For Identification) | |
| 241. | Plaintiff | Deposition Transcript of Lt. Perrone (For Identification) | |
| 242. | Plaintiff | Deposition Transcript of Lt. Vivolo (For Identification) | |
| 243. | Plaintiff | Deposition Transcript of Samir Messaoudi (For Identification) | |
| 244. | Plaintiff | Deposition Transcript of Scott Whalen (For Identification) | |
| 245. | Plaintiff | Deposition Transcript of Thomas Lambert (For Identification) | |
| 246. | Plaintiff | ~~Video Deposition of Detective David Cole~~ | |
| 247. | Plaintiff | ~~Video Deposition of Sheriff Kyle Wilson~~ | |
| 248. | Plaintiff | ~~Video Deposition of Daniel Witts~~ | |

## Ashley Catatao v. Sig Sauer
## 1:22-CV-10620-PBS

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 249. | Plaintiff | ~~Video Deposition of Chief Wilfred Blanchet~~ | |
| 250. | Plaintiff | ~~Video Deposition of Officer Aaron Roth~~ | |
| 251. | Plaintiff | ~~Video Deposition of Craig Jacklyn~~ | |
| 252. | Plaintiff | ~~Video Deposition of Donald Thatcher~~ | |
| 253. | Plaintiff | ~~Video Deposition of Johnny Davis~~ | |
| 254. | Plaintiff | ~~Video Deposition of Marvin Reyes~~ | |
| 255. | Plaintiff | ~~Video Deposition of Michael Lingo~~ | |
| 256. | Plaintiff | ~~Video Deposition of Sean Toner 1-10-23~~ | |
| 257. | Plaintiff | ~~Video Deposition of Sean Toner 4-20-22~~ | |
| 258. | Plaintiff | ~~Video Deposition of Sean Toner 5-23-24~~ | |
| 259. | Plaintiff | Image of H&K VP9 | |
| 260. | Plaintiff | FMECA – SIG-ARMY000412-414 | |
| 261. | Plaintiff | | |
| 262. | Plaintiff | | |
| 263. | Plaintiff | | |
| 264. | Plaintiff | | |
| 265. | Plaintiff | | |
| 266. | Plaintiff | | |
| 267. | Plaintiff | | |
| 268. | Plaintiff | | |
| 269. | Plaintiff | | |
| 270. | Plaintiff | | |
| 271. | Plaintiff | | |
| 272. | Plaintiff | | |
| 273. | Plaintiff | | |
| 274. | Plaintiff | | |
| 275. | Plaintiff | | |
| 276. | Plaintiff | | |
| 277. | Plaintiff | | |
| 278. | Plaintiff | | |
| 279. | Plaintiff | | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 280. | Plaintiff | | |
| 281. | Plaintiff | | |
| 282. | Plaintiff | | |
| 283. | Plaintiff | | |
| 284. | Plaintiff | | |
| 285. | Plaintiff | | |
| 286. | Plaintiff | | |
| 287. | Plaintiff | | |
| 288. | Plaintiff | | |
| 289. | Plaintiff | | |
| 290. | Plaintiff | | |
| 291. | Plaintiff | | |
| 292. | Plaintiff | | |
| 293. | Plaintiff | | |
| 294. | Plaintiff | | |
| 295. | Plaintiff | | |
| 296. | Plaintiff | | |
| 297. | Plaintiff | | |
| 298. | Plaintiff | | |
| 299. | Plaintiff | | |
| 300. | Plaintiff | | |
| 301. | Defendant | Subject duffel bag | |
| 302. | Defendant | Subject keys | |
| 303. | Defendant | Exemplar clothing | |
| 304. | Defendant | Exemplar duffel bag | |
| 305. | Defendant | Exemplar keys | |
| 306. | Defendant | Glock Performance Trigger | |
| 307. | Defendant | Exemplar Hinged Trigger | |
| 308. | Defendant | Exemplar Articulated Trigger | |
| 309. | Defendant | Exemplar Wide Bladed Trigger | |
| 310. | Defendant | Exemplar P320 model pistol with cutout to allow viewing of internal components | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 311. | Defendant | Exemplar Safariland Level III holster for P320 | |
| 312. | Defendant | Exemplar Safariland Level III holster for Glock 17 | |
| 313. | Defendant | Exemplar Safariland Level III holster for M&P | |
| 314. | Defendant | Demonstrative video of the Kahr Arms CT 45 operation from Lang trial | |
| 315. | Defendant | Exemplar Glock G19, with user/operator manuals and marketing materials (from Abrahams trial) | |
| 316. | Defendant | Demonstrative video of the Sig Sauer 226 operation from Lang trial | |
| 317. | Defendant | Exemplar Sig Sauer M17, with user/operator manuals and marketing materials (from Abrahams trial) | |
| 318. | Defendant | Demonstrative video of the Beretta 92A1 operation from Lang trial | |
| 319. | Defendant | Exemplar Smith & Wesson M&P9 v2, with user/operator manuals and marketing materials (from Abrahams trial) | |
| 320. | Defendant | Demonstrative video of the Smith & Wesson M60 operation from Lang trial | |
| 321. | Defendant | PowerPoint of P320 cycle | |
| 322. | Defendant | Somerville FD NFIRS Incident Report #22003732 | |
| 323. | Defendant | Drop Testing previously produced in the *Hall, et al. v. Sig Sauer, Inc.* matter | |
| 324. | Defendant | US Patent No. 290737 | |
| 325. | Defendant | US Patent No. 339301 | |
| 326. | Defendant | US Patent No. 4539889 | |
| 327. | Defendant | US Patent No. 4825744 | |
| 328. | Defendant | US Patent No. 4893546 | |
| 329. | Defendant | US Patent No. 5402593 | |
| 330. | Defendant | US Patent No. 6553706 | |
| 331. | Defendant | US Patent No. 6843013 | |
| 332. | Defendant | US Patent No. 7690144 | |
| 333. | Defendant | US Patent No. 11920882 | |
| 334. | Defendant | US Patent No. 20230026795A1 | |
| 335. | Defendant | Expert Report prepared by Derek Watkins (identification only) | |
| 336. | Defendant | Supplemental Report prepared by Derek Watkins (identification only) (this is the first supplemental report from Jan 2024) | |
| 337. | Defendant | Derek Watkins CV (identification only) | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 338. | Defendant | Figure 1.1 in Derek Watkins' Report | |
| 339. | Defendant | Figure 2.1 in Derek Watkins' Report | |
| 340. | Defendant | Figure 3.1 in Derek Watkins' Report | |
| 341. | Defendant | Figure 3.2 in Derek Watkins' Report | |
| 342. | Defendant | Figure 4.2.1 in Derek Watkins' Report | |
| 343. | Defendant | Figure 4.2.2 in Derek Watkins' Report | |
| 344. | Defendant | Figure 4.2.3 in Derek Watkins' Report | |
| 345. | Defendant | Figure 4.2.4 in Derek Watkins' Report | |
| 346. | Defendant | Figure 4.2.5 in Derek Watkins' Report | |
| 347. | Defendant | Figure 4.2.6 in Derek Watkins' Report | |
| 348. | Defendant | Figure 4.3.1 in Derek Watkins' Report | |
| 349. | Defendant | Figure 4.3.2 in Derek Watkins' Report | |
| 350. | Defendant | Figure 4.3.2 in Derek Watkins' report (there are 2) | |
| 351. | Defendant | Figure 4.4.1 in Derek Watkins' Report | |
| 352. | Defendant | Figure 4.4.2 in Derek Watkins' Report | |
| 353. | Defendant | Figure 4.4.3 in Derek Watkins' Report | |
| 354. | Defendant | Figure 4.4.4 in Derek Watkins' Report | |
| 355. | Defendant | Figure 4.4.5 in Derek Watkins' Report | |
| 356. | Defendant | Figure 4.4.6 in Derek Watkins' Report | |
| 357. | Defendant | Figure 4.5.1 in Derek Watkins' Report | |
| 358. | Defendant | Figure 4.5.2 in Derek Watkins' Report | |
| 359. | Defendant | Figure 4.5.3 in Derek Watkins' Report | |
| 360. | Defendant | Figure 5.1 in Derek Watkins' Report (page 24) | |
| 361. | Defendant | Figure 5.2 in Derek Watkins' Report (page 25) | |
| 362. | Defendant | Figure 5.3 in Derek Watkins' Report (page 25) | |
| 363. | Defendant | Figure 5.4 in Derek Watkins' Report (page 26) | |
| 364. | Defendant | Figure 6.1 in Derek Watkins' Report (page 27) | |
| 365. | Defendant | Figure 6.2 in Derek Watkins' Report (page 28) | |
| 366. | Defendant | Figure 6.3 in Derek Watkins' Report (page 30) | |
| 367. | Defendant | Figure 5.1 in Derek Watkins' Report (page 37) | |
| 368. | Defendant | Figure 5.2 in Derek Watkins' Report (page 39) | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---:|---|---|---|
| 369. | Defendant | Figure 5.3 in Derek Watkins' Report (page 42) | |
| 370. | Defendant | Figure 5.4 in Derek Watkins' Report (page 43) | |
| 371. | Defendant | Figure 6.1 in Derek Watkins' Report (page 46) | |
| 372. | Defendant | Figure 6.2 in Derek Watkins' Report (page 47) | |
| 373. | Defendant | Figure 6.3 in Derek Watkins' Report (page 48) | |
| 374. | Defendant | Glock in holster discharge video from Watkins testing | |
| 375. | Defendant | P320 in holster discharge video from Watkins testing | |
| 376. | Defendant | Photographs from Watkins' 7/13/2022 inspection | |
| 377. | Defendant | Photographs from Watkins' 2/7/23 inspection | |
| 378. | Defendant | Photographs from Watkins' 9/29/23 inspection | |
| 379. | Defendant | Videos from Watkins' inspections | |
| 380. | Defendant | Images from CT inspection of subject pistol | |
| 381. | Defendant | Images from 2D X-ray of subject pistol | |
| 382. | Defendant | P320 Armorer's Manual | |
| 383. | Defendant | All responses to discovery including but not limited to Plaintiff's Answers to Interrogatories, Answers to Requests for Admissions and Responses to Requests for Production of Documents. | |
| 384. | Defendant | All medical records and diagnostic imaging studies disclosed by Plaintiff or SIG during the course of discovery. | |
| 385. | Defendant | Documents produced by SIG in connection with other lawsuits involving the P320 model pistol where Plaintiff's counsel, Saltz Mongeluzzi & Bendesky, P.C., also represented the plaintiff. | |
| 386. | Defendant | All exhibits to all depositions taken in this lawsuit. | |
| 387. | Defendant | All pleadings and all other documents filed and/or otherwise disclosed by the parties in this lawsuit. | |
| 388. | Defendant | 3/20/2012 T. Butler Overview Striker Fired Pistol | |
| 389. | Defendant | Kick-Off Review April 27, 2012 P260 | |
| 390. | Defendant | Sig New Project Request 11-0001 | |
| 391. | Defendant | P350 Overview Slides | |
| 392. | Defendant | P320 Pistol Slides | |
| 393. | Defendant | P320 Progress Report for October 2013 | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| Exhibit | Party | Description | Date Admitted |
|---|---|---|---|
| 394. | Defendant | Sean Toner Patent --US9303936 | |
| 395. | Defendant | Somerville PD rules and procedures | |
| 396. | Defendant | Somerville PD training documents | |
| 397. | Defendant | Exemplar P320 curved triggers | |
| 398. | Defendant | Screenshots from Witts incident used in Abrahams trial | |
| 399. | Defendant | Cole trigger photo | |
| 400. | Defendant | Cole vest photo | |
| 401. | Defendant | Cole pistol and holster photo | |
| 402. | Defendant | Animation of P320 cycle (without audio) | |
| 403. | Defendant | Dayton Brown Rough Handling Test Report | |
| 404. | Defendant | Dayton Brown testing videos | |
| 405. | Defendant | 21-P320-083 Vibration Test Request | |
| 406. | Defendant | 21-P320-083 Vibration Test Matrix | |
| 407. | Defendant | National Institute of Justice Law Enforcement and Corrections Standards for Police Officers (Standard 0112.03) | |
| 408. | Defendant | U.S. Army Developmental Test Command Test Operations Procedure (Standard 3-2-045) | |
| 409. | Defendant | Sporting Arms and Ammunition Manufacturers' Institute sponsored Voluntary industry Performance Standard (Standard Z299.5 – 2016) | |
| 410. | Defendant | NATO's AC/225 Evaluation Procedures for Future NATO Small Arms Weapons Systems | |
| 411. | Defendant | All documents produced in response to subpoenas from other incidents | |
| 412. | Defendant | Article-Gary Klein-IN THE HANDS OF THE MAKER THE FAILURE OF CONSUMER PRODUCT SAFETY OVERSIGHT-ssrn-3833895 | |
| 413. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 414. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 415. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 416. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 417. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 418. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |
| 419. | Defendant | Photo of Plaintiff's keys from 1/9/2025 inspection | |

Ashley Catatao v. Sig Sauer
1:22-CV-10620-PBS