**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

**The Parties' Contested Exhibits**

| LTR. | OFFERING PARTY | DESCRIPTION OF EXHIBIT | OBJECTION | RULING |
|---|---|---|---|---|
| A | SIG | P320 Angled Trigger Pull Data | Produced after Deadline, 403 | |
| B | SIG | Smith & Wesson Owner's Manual | Hearsay, Relevance, Not produced before deadline, 403 | |
| C | SIG | Springfield XD Owner's Manual | Hearsay, Relevance, Not produced before deadline, 403 | |
| D | SIG | Video – Accidental discharge of a Glock pistol by Kris Jacob | Hearsay, Authentication, Not produced before deadline, 403 | |
| E | SIG | Photographs of Kris Jacob's Glock pistol from inspection | Hearsay, Authentication, Not produced before deadline, 403 | |
| F | SIG | Armed & Unready – The Washington Post | Hearsay, Authentication, 403 | |
| G | SIG | LA Sheriff's Dept Report | Hearsay, Authentication, 403 | |

| | | | | |
|---|---|---|---|---|
| H | SIG | Glock Armorer's Manual | Hearsay, 403 | |
| I | SIG | June 6, 2014 NTS letter to Gregg Gosselin re NIJ Testing with Test Results | Hearsay, Authentication, 403 | |
| J | SIG | Blackhawk Holster Instructions-Warnings Manual | Hearsay, Authentication, 403 | |
| N | SIG | Safariland Holster Instructions-Warnings Manual | Hearsay, Authentication, 403 | |
| O | SIG | Safariland Level III Holster Service Bulletins | Hearsay, Authentication, 403 | |
| P | SIG | Video of Glock pistol discharging when dropped | Hearsay, Authentication, 403 | |
| Q | SIG | Overview of striker fired pistol market product | Hearsay, Authentication, 403 | |
| R | SIG | | | |
| S | SIG | | | |
| T | SIG | | | |
| U | SIG | | | |
| V | SIG | | | |
| W | SIG | | | |
| X | SIG | | | |
| Y | | | | |
| Z | | | | |
| AA | Plaintiff | Documents, Reports, Affidavits, Materials, Photos, Videos, Audio Recording and Filings related to Other Similar Incidents (OSIs) SIG OAI 00001-02474 | Hearsay, relevance, 403, authentication | |
| BB | Plaintiff | Video of OSI: Michael Richardson, Roscommon, MI, February 4, 2016; | Hearsay, | |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

| | | | |
|---|---|---|---|
| | | | relevance, 403, authentication |
| CC | Plaintiff | Video of Roscommon Recreation with Seatbelt | Hearsay, relevance, 403, authentication |
| DD | Plaintiff | Video of OSI: Officer Donald Thatcher, Honesdale, PA, February 7, 2022 | Hearsay, relevance, 403, authentication |
| EE | Plaintiff | Video of OSI: Officer Aaron Roth, Milwaukee, WI, January 2, 2022 | Hearsay, relevance, 403, authentication |
| FF | Plaintiff | Video of OSI: Officer Robert Greene, St. Clair, MN, August 3, 2021 | Hearsay, relevance, 403, authentication |
| GG | Plaintiff | Documents related to Officer Greene's incident produced by ICE pursuant to Touhy request, pages 1-66 | Hearsay, relevance, 403, authentication |
| HH | Plaintiff | Video of OSI: Montville, CT, January 2023 involving Officer Daniel Witts. | Hearsay, relevance, 403, authentication |
| II | Plaintiff | Video of OSI: Marvin Reyes, Houston, Tx March 28, 2022 | Hearsay, relevance, 403, authentication |
| JJ | Plaintiff | Video of OSI: Sgt. Bocquet, Galveston County Sheriff's Department, March 13, 2019 | Hearsay, relevance, 403, authentication |
| KK | Plaintiff | Video of OSI: Officer David Cole, Sangerville, ME, May 4, 2022 | Hearsay, relevance, 403, authentication |
| LL | Plaintiff | Documents from SEPTA Investigation of Officer Jacklyn's unintended discharge pages 1-81 | Hearsay, relevance, 403, authentication |
| MM | Plaintiff | Video of OSI: Officer Kevin Currington, La Grange, Texas May 2024 | Hearsay, |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

|    |           |                                                                                                                                                 |                                              |    |
|----|-----------|-------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------|----|
|    |           |                                                                                                                                                 | relevance, 403, authentication               |    |
| NN | Plaintiff | ICE Internal Memo                                                                                                                               | Hearsay, relevance, 403, authentication      |    |
| OO | Plaintiff | ICE List of Unintended Discharges                                                                                                               | Hearsay, relevance, 403, authentication      |    |
| PP | Plaintiff | Email from Andrew Tuohy to Sean Toner dated August 5, 2017 with the Subject "P320 fires when dropped"                                           | Hearsay                                      |    |
| QQ | Plaintiff | Email from Jordan Hunter, Sig Sauer Marketing Communications Director dated August 5, 2017 with the subject: "Fwd: P320 fires when dropped"    | Hearsay                                      |    |
| RR | Plaintiff | Glock Safe Action System Description                                                                                                            | Hearsay, authentication                      |    |
| SS | Plaintiff | Video Deposition of Detective David Cole                                                                                                        | Hearsay, relevance, 403, authentication      |    |
| TT | Plaintiff | Video Deposition of Sheriff Kyle Wilson                                                                                                         | Hearsay, relevance, 403, authentication      |    |
| UU | Plaintiff | Video Deposition of Daniel Witts                                                                                                                | Hearsay, relevance, 403, authentication      |    |
| VV | Plaintiff | Video Deposition of Chief Wilfred Blanchet                                                                                                      | Hearsay, relevance, 403, authentication      |    |
| WW | Plaintiff | Video Deposition of Officer Aaron Roth                                                                                                          | Hearsay, relevance, 403, authentication      |    |
| XX | Plaintiff | Video Deposition of Craig Jacklyn                                                                                                               | Hearsay, relevance, 403,                     |    |

**Ashley Catatao v. Sig Sauer**
**1:22-CV-10620-PBS**

|  |  |  |  | authentication |  |
|---|---|---|---|---|---|
| YY | Plaintiff | Video Deposition of Donald Thatcher |  | Hearsay, relevance, 403, authentication |  |
| ZZ | Plaintiff | Video Deposition of Johnny Davis |  | Hearsay, relevance, 403, authentication |  |
| AAA | Plaintiff | Video Deposition of Marvin Reyes |  | Hearsay, relevance, 403, authentication |  |
| BBB | Plaintiff | Video Deposition of Michael Lingo |  | Hearsay, relevance, 403, authentication |  |
| CCC | Plaintiff | Video Deposition of Sean Toner 1-10-23 |  | Hearsay, relevance, 403, authentication |  |
| DDD | Plaintiff | Video Deposition of Sean Toner 4-20-22 |  | Hearsay, relevance, 403, authentication |  |
| EEE | Plaintiff | Video Deposition of Sean Toner 5-23-24 |  | Hearsay, relevance, 403, authentication |  |
| FFF | Plaintiff | Images of the Sig Sauer P320 Holster from the George Abrahams case |  | relevance, 403 |  |