UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY CATATAO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SIG SAUER, INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 22-10620-PBS |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on January 10, 2025, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within thirty (30) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek
Deputy Clerk

DATED: January 13, 2025