# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY CATATAO,  Plaintiff,  vs.  SIG SAUER, INC.,  Defendant. | C.A. No. 1:22-CV-10620 |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ashley Catatao and Defendant, Sig Sauer, Inc., by their attorneys, hereby submit this Voluntary Stipulation of Dismissal with Prejudice. The parties respectfully request that the Court dismiss all pending claims in this action with prejudice, with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| **PLAINTIFF,** <br> **ASHLEY CATATAO,** | **DEFENDANT,** <br> **SIG SAUER, INC.** |
| By Her Attorneys, | By Its Attorneys, |
| **Law Offices of Stephen Semenza** | **Campbell Conroy & O'Neil, P.C.** |
| */s/ Stephen Semenza* <br> Stephen Semenza, BBO #694675 <br> 100 State Street, 9th Floor <br> Boston, MA 02109 <br> P: (617) 275-8191 <br> stephen@ssemenzalaw.com | */s/ James M. Campbell* <br> James M. Campbell, BBO #541882 <br> Alaina N. Devine BBO #688152 <br> 20 City Square, Suite 300 <br> Boston, MA 02129 <br> P: (617) 241-3000 <br> jmcampbell@campbell-trial-lawyers.com <br> adevine@campbell-trial-lawyers.com |
| AND | |
| **Saltz Mongeluzzi Bendesky P.C.** | |
| */s/ Robert W. Zimmerman* <br> Robert W. Zimmerman (*pro hac vice*) <br> Ryan D. Hurd (*pro hac vice*) <br> Samuel A. Haaz (*pro hac vice*) <br> One Liberty Place, 52nd Floor <br> 1650 Market Street <br> Philadelphia, PA 19103 <br> P: (215) 496-8282 <br> rzimmerman@smbb.com <br> rhurd@smbb.com <br> shaaz@smbb.com | AND <br><br> **Littleton Joyce Ughetta & Kelly LLP** <br><br> */s/ Kristen E. Dennison* <br> Kristen E. Dennison <br> 2460 N. Courtenay Pkwy, Suite 204 <br> Merritt Island, FL 32953 <br> Tel: 321-574-0280 <br> Kristen.Dennison@LittletonJoyce.com |

## CERTIFICATE OF SERVICE

    I, Alaina N. Devine, hereby certify on this 25th day of February, 2025, I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system, which will serve notice of all counsel of record.

                                                */s/ Alaina N. Devine* <br>
                                                Alaina N. Devine